NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5120

JAMES DAVIS BENNETT,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 09-CV-279,
Judge Nancy B. Firestone.

ON MOTION

O R D E R

James Davis Bennett moves for leave to proceed in forma pauperis.

The court notes that Bennett did not file the required supplemental in forma pauperis form for prisoners.

Accordingly,

IT IS ORDERED THAT:

(1)     Bennett's motion for leave to proceed in forma pauperis is denied.

(2)     This appeal is dismissed for failure to submit the supplemental in forma pauperis form for prisoners.

FOR THE COURT

__MAR 1 7 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2010

JAN HORBALY
CLERK

cc: James David Bennett
Tara Hogan, Esq.

s20

ISSUED AS A MANDATE: _____ MAR 1 7 2010 _____